**SHAKED LAW GROUP, P.C.**
44 Court Street, Suite 1217
Brooklyn, New York 11201
Tel: (917) 373-9128
Fax: (718) 504-7555
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LINDA SLADE, Individually and as the
representative of a class of similarly situated persons,

                              Case No.   1:19-cv-1221-GHW

                Plaintiff,

              - against -

                              **NOTICE OF SETTLEMENT**

LANIBALOO CREATIONS, LLC d/b/a
Simple Sugars,

                Defendant.
-----------------------------------------------------------X

      Now comes the Plaintiff, Linda Slade, by and through counsel, to provide notice to the Court that the present cause has been settled between the parties in the above-captioned matter, and provides:

      1.    A Settlement Agreement and Stipulated Dismissal ("Agreement") is in the process of being prepared and finalized by the parties. Once the Agreement is fully executed, and Plaintiff has received the consideration required pursuant to the Agreement, the Plaintiff will submit a Stipulation of Voluntary Dismissal with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

      2.    The parties respectfully request that the Court stay this case and vacate all

deadlines and conferences, including but not limited to the Proposed Civil Case Management Plan and Scheduling Order due April 25, 2019 and the May 2, 2019 Initial Pretrial Conference.

3. The parties respectfully request the Court provide that the parties may seek to reopen the matter after forty-five (45) days to assure that the Agreement is executed and that the consideration has been received.

4. Plaintiff is filing this Notice with Defendant's approval and permission.

Dated: Brooklyn, New York
April 23, 2019

                    SHAKED LAW GOUP, P.C.
                    Attorneys for Plaintiff

                By:*/s/Dan Shaked*_____
                    Dan Shaked (DS-3331)
                    44 Court St., Suite 1217
                    Brooklyn, NY 11201
                    Tel. (917) 373-9128
                    Fax (718) 704-7555
                    e-mail: ShakedLawGroup@Gmail.com